ORIGINAL

Alfred H. Siegel, Trustee
SIEGEL, GOTTLIEB, MANGEL & LeVINE LLP LLP
15233 Ventura Blvd., 9th Floor
Sherman Oaks, Ca 91403
Telephone:  (818) 325-8441
Facsimile :  (818) 501-5200

Chapter 7 Trustee

:bgo #159823

**FILED**
JAN 3 1 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>OMEGA ENVIRONMENTAL SERVICES INC.,<br>DBA OMEGA ENVIRONMENTAL<br>SERVICES, INC.<br><br>Debtor. | Case No. LA05-45268 EC<br>Chapter 7<br><br>NOTIFICATION OF ASSET CASE<br><br>**[NO HEARING REQUIRED]**<br><br>(Bar Date Requested) |

TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Alfred H. Siegel, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: Jan. 30, 2006

_____
ALFRED H. SIEGEL, Trustee